UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BREEA OSTERUD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHNUCK SUPERMARKETS, INC., )<br>a foreign corporation, VAUGHAN )<br>FOODS, INC., a foreign corporation, )<br>4Q FARMS, LLC, a foreign corporation, )<br>C.H. ROBINSON WORLDWIDE, INC. )<br>d/b/a FOOD SOURCE MONTEREY, )<br>a foreign corporation, and JOHN DOES 1-2, )<br>domestic and/or foreign corporations, )<br>)<br>Defendants. ) | Cause No. 3:13-cv-00115-WTL-WGH |

## ORDER GRANTING
## MOTION FOR ATTORNEY RON SIMON
## TO APPEAR *PRO HAC VICE*

Upon consideration of the Motion to Appear *pro hac vice* filed by Plaintiff, Breea Osterud, by her attorney Patrick A. Elward and Meaghan Klem Haller, of the Indiana law firm of Bingham Greenebaum Doll LLP, on behalf of Ron Simon, attorney employed at Simon & Luke, 2929 Allen Parkway, 42nd Floor, Houston, Texas 77019, the Court now finds that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Ron Simon is admitted *pro hac vice* as co-counsel with Patrick A. Elward and Meaghan Klem Haller for Plaintiff Breea Osterud in this matter.

SO ORDERED:  08/28/2013

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Copies to:

Patrick A. Elward
Meaghan Klem Haller
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
pelward@bgdlegal.com
mhaller@bgdlegal.com

S. Anthony Long
Samuel Adam Long
LONG & MATHIES LAW FIRM
A Professional Corporation
415 East Main Street
PO Box 250
Boonville, IN 47601
Adam@lmthefirm.com
Anthony@lmthefirm.com

Gerard T. Noce
Theodore J. MacDonald, Jr.
Matthew H. Noce
HEPLER BROOM, LLC
211 North Broadway
Suite 2700
St. Louis, MO 63102
gtn@heplerbroom.com
tjm@heplerbroom.com
mhn@heplerbroom.com

David T. Ahlheim
Justin C. Wilson
CHILDRESS AHLHEIM CARY LLC
1010 Market Street, Suite 500
St. Louis, MO 63101
dahlheim@jchildresslaw.com
jwilson@jchildresslaw.com

Ron Simon
Tony Coveny
SIMON & LUKE
2929 Allen Parkway
42nd Floor
Houston, Texas 77019
ron@simonluke.com
tony@simonluke.com

Patrick A. Shoulders
Steven K. Hahn
ZIEMER STAYMAN WEITZEL & SHOULDERS
20 N. W. First Street
P. O. Box 916
Evansville, IN 47706
pshoulders@zsws.com
shahn@zsws.com

Brent R. Weil
James B. Goldbold
KIGHTLINGER & GRAY LLP
7311 Eagle Crest Boulevard
Evansville, IN 47715-8157
bweil@k-glaw.com
jgodbold@k-glaw.com

2

14821383