UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **BREEA OSTERUD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Cause No.   3:13-CV-00115-WTL-WGH |
| | ) |
| **SCHNUCK SUPERMARKETS, INC.,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for **C.H. Robinson Worldwide, Inc.**, that the following corporate interests are disclosed:

1. The parent companies of the corporation:

    **None.**

2. Any publicly held company that owns ten percent (10%) or more of the corporation:

    **None.**

> BY: __/s/ Michael B. Knight_____
> Michael B. Knight, #28374-49
> NATIONWIDE MUTUAL INSURANCE
> COMPANY TRIAL DIVISION
> 11555 N. Meridian Street
> Carmel, IN 46032
> Phone:     (317)810-7123
> Fax:          (317)569-0924
> Email:      knightm5@nationwide.com
>
> **ATTORNEYS FOR DEFENDANT**
> **C.H. ROBINSON WORLDWIDE, INC**

                          **DANNA MCKITRICK, P.C.**

BY:   */s/ John F. Cooney*
       **John F. Cooney** (Pro Hac Admission pending)
       7701 Forsyth Blvd., Suite 800
       St. Louis, Missouri 63105-3907
       Phone:  (314) 726-1000
       Fax:     (314) 725-6592
       E-mail:  jcooney@dmfirm.com

       **ATTORNEYS FOR DEFENDANT**
       **C.H. ROBINSON WORLDWIDE, INC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 3rd day of September, 2013, that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to:

**Patrick A. Elward**
**Meaghan Klem Haller**
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204

**ATTORNEYS FOR PLAINTIFF**

**S. Anthony Long**
**Samuel Adam Long**
Long & Mathies Law Firm
415 East Main Street
P.O. Box 250
Boonville, Indiana 47601

**CO-COUNSEL FOR PLAINTIFF**

**Patrick A. Shoulders**
**Steven K. Hahn**
Ziemer Stayman Weitzel & Shoulders
20 N. W. First Street
P.O. Box 916
Evansville, Indiana 47706

**ATTORNEYS FOR DEFENDANT**
**SCHNUCK MARKETS, INC.**

**Matthew H. Noce**
**Gerard T. Noce**
**Theodore J. MacDonald, Jr.**
Hepler Broom, LLC
211 North Broadway, Suite 2700
St. Louis, Missouri 63102

**ATTORNEYS, PRO HAC VICE, FOR**
**DEFENDANT SCHNUCK MARKETS, INC.**

**Brent R. Weil**
**James B. Goldbold**
Kightlinger & Gray LLP
7311 Eagle Crest Boulevard
Evansville, Indiana 47715-8157

**ATTORNEYS FOR DEFENDANT**
**VAUGHAN FOODS, INC.**

._____/s/ Michael B. Knight_____